**Fill in this information to identify the case**

**Debtor 1** Mario Cisneros

**Debtor 2** Lucia Cisneros
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** NORTHERN **District of** IL
                                                                          **(State)**

**Case number** 14-06487

# Form 4100R
## Response to Notice of Final Cure Payment                               10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of creditor:** U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust Pass-Through Certificates, Series 2005-FF3, by and through its mortgage servicing agent Select Portfolio Servicing, Inc.,

**Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account: 4209

**Property address:** 1471 Snapdragon Court
                     Number          Street

Romeoville  IL  60446
City                State      Zip Code

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    03/01/2019
                                                               MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                    (a) $_____

b.  Total fees, charges, expenses, escrow, and costs outstanding:               (b) $_____

c.  Total. Add lines a and b.                                                   (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:    ___/___/____
                                                                       MM/DD/YYYY

Form 4100R                **Response to Notice of Final Cure Payment**                page **1**

15-011244_CJP

Debtor 1 ___Mario Cisneros___  Case number (if known) 14-06487
     First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.
☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Todd J. Ruchman      Date February 8, 2019
  Signature

Print: Todd J. Ruchman      Title Attorneys for Creditor

Company: Manley Deas Kochalski LLC

Address: P.O. Box 165028
    Number   Street

Columbus OH 43216-5028
City   State   ZIP Code

Contact phone 614-220-5611      Email amps@manleydeas.com

Form 4100R      **Response to Notice of Final Cure Payment**      page **2**

15-011244_CJP

          Document    Page 3 of 3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road Suite 650, Lisle, IL  60532, mcguckin_m@lislel3.com

Patrick A Meszaros, Attorney for  Mario Cisneros and Lucia Cisneros, 1100 W. Jefferson Street, Joliet, IL  60435, patrickmeszaros@yahoo.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February  8  , 2019:

Mario Cisneros and Lucia Cisneros, 1471 Snapdragon Court, Romeoville, IL 60446

/s/ Todd J. Ruchman

15-011244_CJP